UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIAMOND FOODS, INC.,

    Plaintiff,

v.

HOTTRIX, LLC,

    Defendant.

Case No. 14-cv-03162-BLF

**CASE MANAGEMENT ORDER**

On January 08, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Complete Non-Expert Discovery | 09/11/2015 |
| Last Day for Expert Disclosures | 10/16/2015 |
| Last Day for Opening Expert Reports | 10/16/2015 |
| Last Day to Complete Expert Discovery | 12/11/2015 |
| Last Day to Hear Dispositive Motions | 03/10/2016 at 9:00 am |
| Final Pretrial Conference | 05/19/2016 at 2:30 pm |
| Trial | 06/06/2016 at 9:00 am |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT mediation be completed within 120 days or 1 week before hearing on Motion for Judgment on the Pleadings, whichever comes first.

Dated: January 08, 2015

_____
BETH LABSON FREEMAN
United States District Judge