ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
WILLIAM L. PIEROG (CSB No. 288431)
wpierog@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for Plaintiff and Counterclaim Defendant
DIAMOND FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIAMOND FOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOTTRIX, LLC, a Nevada corporation,<br><br>Defendant.<br><br>HOTTRIX, LLC, a Nevada corporation,<br><br>Counterclaimant,<br><br>v.<br><br>DIAMOND FOODS, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | Case No.: 14-cv-03162-BLF<br><br>**DECLARATION OF ANDREW BRIDGES IN SUPPORT OF DIAMOND FOODS, INC.'S MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:         January 28, 2016<br>Time:        9:00 A.M.<br>Courtroom: 3, 5th Floor<br>Judge:       Honorable Beth Labson Freeman |

I, Andrew P. Bridges, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at Fenwick & West, LLP, counsel for Plaintiff and Counterclaim Defendant Diamond Foods, Inc. in this action. I submit this declaration in support of Diamond

1  Foods, Inc.'s Motion to Dismiss and Motion for Judgment on the Pleadings.  I have personal

2  knowledge of the facts in this declaration.

3      2.    **Exhibit 1** is a copy of the July 9, 2015 transcript (*see* Dkt. 42) of the Court's

4  hearing on Diamond Foods' Motion for Judgment on the Pleadings.

5      3.    Hottrix referred to its web page, http://hottrix.com/iMunchies, in paragraph 23 of

6  its amended counterclaim and directed the Court's attention to screenshots of the *iMunchies*

7  product on that web page.  **Exhibit 2** is a set of four screenshots from that web page (as of

8  October 2, 2015).

9      4.    Counsel for Diamond Foods, Inc. has prepared an iPhone 4S, running iOS 8.2,

10  with *iMunchies* and *Perfect Popcorn* for the Court's review in connection with this motion.

11  Operating the apps may allow the Court to evaluate the nature of the works at issue. I directed the

12  installation of *iMunchies* and *Perfect Popcorn* from their official store sites, which are at

13  https://itunes.apple.com/us/app/imunchies-popcorn-candy-nuts/id288410840?mt=8 and

14  https://itunes.apple.com/us/app/perfect-popcorn/id635495757?mt=8, respectively, onto the phone.

15  Hottrix's counsel examined the phone at the previous hearing and stated no objections to me.  I

16  plan to bring this phone for the Court's examination at the hearing or alternatively to lodge it.

17      I declare under penalty of perjury that the foregoing is true and correct.  Executed on

18  October 2, 2015.

19

20                               */s/Andrew P. Bridges*
                              Andrew P. Bridges

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO